**Order entered October 23, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00770-CR

### EX PARTE KEITH TEHDAI CHITSAKA

**On Appeal from the 366th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 366-82291-2019**

### ORDER

Before the Court is appellant's October 21, 2020 first motion to late file a motion to extend the time to file appellant's brief. Appellant has tendered his brief with the motion. We **GRANT** the motion and **ORDER** appellant's brief filed on the date of this order. We **ORDER** the State's brief filed within **THIRTY DAYS** of the date of this order.

/s/    BILL PEDERSEN, III
       JUSTICE